AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America )<br>v. )<br>Salvemos a Puerto Rico )<br>)<br>*Defendant* ) | Criminal No. 22-182 (JL) |

## WAIVER OF AN INDICTMENT

The above-named defendant, being advised of the nature of the charge, the proposed information, and of its rights, hereby waives in open court prosecution by Indictment and consents that the proceedings may be by Information rather than by Indictment.

Date: _____

_On behalf of Salvemos a Puerto Rico_

Joseph Fuentes-Fernandez
President
Salvemos a Puerto Rico

_Signature of defendant's attorney_

JOSE R. AGUAYO
JOAQUIN MONSERRATE
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____
_Judge's printed name and title_